■ SONDRA R. ROSS, Respondent, v. MICHAEL E. ROSS, Appellant.— In an action for a separation, the appeal is from an order committing appellant for contempt. Respondent was awarded temporary alimony for the support of herself and the infant son of the parties. Thereafter, and before trial, appellant was adjudged in contempt for failure to make the payments required. After trial the complaint was dismissed, but appellant was directed to pay $50 a week for the support of the infant. Between the time of decision and the entry of judgment dismissing the complaint, respondent moved for an order of commitment. The motion was granted after the entry of judgment, resulting in the order appealed from. Order affirmed, with $10 costs and disbursements. Since the order punishing appellant for contempt of court for failure to pay the temporary alimony awarded was made before the dismissal of the complaint, appellant may be committed for failure to comply with the contempt order. (Shepard v. Shepard, 99 App. Div. 308; cf. Mazer v. Mazer, 276 App. Div. 733, mod. 301 N. Y. 774.) Moreover, the obligation to pay for the support of the infant son of the parties, which obligation was included in the temporary alimony award, continues even after the entry of judgment dismissing the complaint. Wenzel, Acting P. J., Beldock, Hallinan and Kleinfeld, JJ., concur; Murphy, J., deceased.

■ ABRAHAM A. ROTH, Respondent, v. SAM PERILLO et al., Appellants.— In an action to recover damages for slander, the appeal is from an order denying a motion to dismiss the complaint for failure to state facts sufficient to constitute a cause of action (Rules Civ. Prac., rule 106, subd. 4). It is alleged that appellants said of respondent, who has been engaged in the construction of buildings for over 35 years, that he was a "conniving" builder. No special damages are pleaded. Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ TOBY SCHWARTZ et al., Infants, by Their Guardian ad Litem, MELVIN SCHWARTZ et al., Respondents, v. JOSEPHINE BRUNE et al., Appellants.— In an action to recover damages for injuries to person and property, and for medical expenses and loss of services, the appeal is from an order granting respondents' motion for a preference in the trial of the action and placing it on the Ready Day Calendar for a day certain (Rules Civ. Prac., rule 151, subd. 3). Order reversed, with $10 costs and disbursements, and motion denied. The showing was insufficient to warrant the preference. Nolan, P. J., Wenzel, Beldock, Hallinan and Kleinfeld, JJ., concur.

■ GLORIA VIOLA, as Administratrix C. T. A. of the Estate of FRANK SCANDORE, Deceased, et al., Respondents, v. NICHOLAS SCANDORE et al., Appellants.— In an action upon two series of promissory notes, arising out of independent transactions, in which action a counterclaim was interposed, the appeal is from a judgment entered after trial before the court without a jury in favor of respondents on their amended complaint, and dismissing the counterclaim. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.